No. 595. Kersh Lake Drainage District et al. v. Johnson. January 29, 1940. Petition for writ of

certiorari to the Supreme Court of Arkansas granted. *Mr. George B. Rose* for petitioners. *Messrs. Charles T. Coleman* and *Walter G. Riddick* for respondent. ▮